O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BEARD, | ) | CASE NO. CV 08-03993 GW (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| LEE BACA, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: April 10, 2009

GEORGE H. WU
UNITED STATES DISTRICT JUDGE